```
         IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF ARKANSAS
                    WESTERN DIVISION
```

UNITED STATES OF AMERICA

vs.                              NO.4:05CR00305-022 SWW

KRYSTAL DAWN JOURNIGAN

### ORDER

The above entitled cause came on for hearing February 22, 2011 on the government's petition to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant, the Court found that defendant has violated the conditions of supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the government's motion to revoke supervised release [doc #1135] is **granted** and the supervised release previously granted this defendant, hereby, is **revoked**.

IT IS FURTHER ORDERED that defendant shall serve a **term of imprisonment of TEN (10) MONTHS** in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated at Federal Prison Camp in Bryan, Texas or Federal Medical Center Carswell in Fort Worth, Texas; and that defendant participate in residential or non-residential substance abuse treatment and mental health counseling during incarceration.

There will be **TWO (2) YEARS of supervised release** following the term of incarceration with the same terms and conditions initially imposed at

sentencing which include the following special conditions:

    1. The defendant shall participate and reside in a Residential Reentry Center for FOUR (4) MONTHS at the direction of the U.S. Probation Office.

    2. Defendant shall participate, under the Guidance and supervision of the U. S. Probation Officer, in a substance abuse treatment program which may include testing, out-patient counseling, and/or residential treatment. Further, defendant shall abstain from the use of alcohol throughout the course of any treatment.

    3. Defendant shall participate in mental health counseling as directed by the U. S. Probation Office.

    Defendant shall follow all standard conditions of supervised release.

    The defendant is remanded to the custody of the U.S. Marshal Service for transport to the designated facility to begin the service of the sentence imposed.

    IT IS SO ORDERED this 23rd day of February 2011.

                                         /s/Susan Webber Wright

                                         United States District Judge